UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CINDY CECELIA SAAVEDRA,

    Plaintiff,

v.                                                                                              Civ. No. 23-1110 GJF

MARTIN O'MALLEY,[1]
*Commissioner of the Social Security Administration*,

    Defendant.

## ORDER GRANTING MOTION TO PROCEED
## IN FORMA PAUPERIS AND DIRECTING SERVICE

THIS MATTER is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs. ECF 2. The Court, having reviewed the record and being otherwise fully advised, finds that the Application [ECF 2] is well-taken and hereby **GRANTS** it.

**IT IS THEREFORE ORDERED** Plaintiff may proceed without prepayment of fees or the necessity of giving security therefor. *See* 28 U.S.C. § 1915(a)(1).

**IT IS FURTHER ORDERED** that the Clerk is hereby directed to transmit the required Notice pursuant to Rule 3 of the Supplemental Rules for Social Security Actions under 42 U.S.C. 405(g).

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

---

[1] Martin O'Malley is now the Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Acting Commissioner Kilolo Kijakazi as the defendant in this suit.