IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CINDY SAAVEDRA,

    Plaintiff,

vs.                                        CIV. NO. 2:23-01110-KG-GJF

MARTIN O'MALLEY,
Commissioner of Social
Security,

    Defendant.

ORDER

Upon consideration of the Stipulated Motion for Award of Attorney Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, the Court finds the Motion (Doc. 26) should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff is awarded attorney fees in the amount of $7,900.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412, made payable to Plaintiff as the prevailing party herein.

IT IS FURTHER ORDERED THAT, if Plaintiff's counsel is subsequently awarded any fees pursuant to 42 U.S.C. § 406(b), he must refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

                                                                        UNITED STATES DISTRICT JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted 8/22/2024*
MICHELLE C. VERDIS
Special Assistant United States Attorney
Attorney for Defendant

*Electronically approved on 8/22/2024[1]*
DAVID F. CHERMOL, ESQ.
Attorney for Plaintiff

---

[1] Plaintiff's counsel provided consent to Defendant's counsel to add his electronic signature to this proposed order.